UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                   :

CRISTIAN JOEL PRIETO ROJAS,        :

                                   :

                  Petitioner,    :

                                   :      26cv4947 (DLC)

           -v-                     :

                                   :        ORDER

KENNETH GENALO, in his official    :
capacity as Field Office Director,  :
New York Field Office, U.S.      :
Immigration and Customs Enforcement; :
TODD BLANCHE, in his official       :
capacity as Acting Attorney General  :
of the United States; DAVID        :
VENTURELLA, in his official capacity :
as Acting Director, U.S. Immigration :
and Customs Enforcement; MARKWAYNE  :
MULLIN, in his official capacity as  :
Secretary of the Department of     :
Homeland Security; and PAUL ARTETA,  :
in his official capacity as Warden of :
Orange County Correctional Facility, :
                                   :

                  Respondents.  :

                                   :
---------------------------------------- X
DENISE COTE, District Judge:

    Having received Cristian Joel Prieto Rojas's June 11, 2026
petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241
("Petition"), it is hereby

    ORDERED that, to preserve the Court's jurisdiction pending
a ruling on the Petition, petitioner shall not be removed from
the United States unless and until the Court orders otherwise.
Moreover, to preserve counsel's access to petitioner and to
facilitate resolution of the Petition, respondents shall not

transfer petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.

IT IS FURTHER ORDERED that respondents shall file their response to the pending petition for habeas corpus by **June 23, 2026**.  Any reply from petitioner shall be filed by **June 29**.  At the time each brief is filed, the filing party shall supply a courtesy copy by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          June 11, 2026

_____
DENISE COTE
United States District Judge

2